UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Edward Chalmers
                                Plaintiff,

v.                                                                          Case No.: 1:21−cv−01531
                                                                         Honorable Manish S. Shah

The City of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 16, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to quash [16] is denied. Plaintiff has little to no privacy interest in his jail calls but an overbroad subpoena can return far more irrelevant information than relevant information. So each case is different, and defendants ought not to expect to obtain every recording by a detained plaintiff. But here, it is reasonable for defendants to believe that plaintiff discussed his injuries with others and that is an important and central issue in the case. Obtaining records identifying the phone numbers contacted by plaintiff is not invasive and obtaining the recordings of all calls is not disproportionate to the needs of the case because plaintiff was in custody only for a few months (between August and December) which was close enough in time to his alleged injuries to make some reference to the events likely. The parties' status report on discovery progress remains due 9/30/21. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.